672

(115 So. 923)

W. Z. GRISSOM v. STATE. (7 Div. 413.) Court of Appeals of Alabama. Jan. 17, 1928.

R. B. Carr, Judge.

SAMFORD, J. Affirmed.

(112 So. 922)

Arthur GUNTER v. STATE. (4 Div. 277.) Court of Appeals of Alabama. April 12, 1927.

J. S. Williams, Judge.

SAMFORD, J. Appeal dismissed.

(116 So. 924)

I. G. GUY v. STATE. (1 Div. 789.) Court of Appeals of Alabama. April 10, 1928.

Bedsole, Judge. Grand larceny.

BRICKEN, P. J. Appeal dismissed.

(112 So. 922)

John GWIN v. STATE. (6 Div. 133.) Court of Appeals of Alabama. May 17, 1927.

J. C. B. Gwin, Judge. Assault to murder.

SAMFORD, J. Affirmed.

(116 So. 924)

J. T. HACKNEY et al. v. Emmett LEDBETTER, pro ami. (6 Div. 201.) Court of Appeals of Alabama. April 3, 1928.

C. B. Smith, Judge. Logan & Merchant, of Birmingham, for appellants. Lange, Simpson & Brantley, of Birmingham, for appellee.

BRICKEN, P. J. Affirmed.

(116 So. 924)

Bail HALL v. STATE. (5 Div. 706.) Court of Appeals of Alabama. April 24, 1928.

J. A. Hines, Judge. George C. Douville, of Dadeville, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. The court has read the entire evidence in this case, sitting en banc. We do not find anything in it connecting the defendant with the possession of the still which was found, or from which such connection might be legally inferred. For the error in refusing to give at appellant's request the general affirmative charge in his favor, the judgment is reversed and the cause remanded. Reversed and remanded.

(115 So. 923)

John HAMMOCK v. STATE. (5 Div. 688.) Court of Appeals of Alabama. Jan. 10, 1928.

S. L. Brewer, Judge.

RICE, J. Appeal dismissed.

(118 So. 924)

E. J. HAND v. STATE. (4 Div. 393.) Court of Appeals of Alabama. Nov. 13, 1928.

W. L. Parks, Judge.

SAMFORD, J. Appeal dismissed.

(118 So. 924)

Ed HANNAH v. STATE. (7 Div. 459.) Court of Appeals of Alabama. June 12, 1928. Rehearing Denied June 26, 1928.

O. A. Steele, Judge.

Frank B. Embry, of Pell City, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. The conviction of this appellant was under the first count of the indictment, which charged that he did distill, make, or manufacture alcoholic, spirituous, malted, or mixed liquors or beverages, a part of which was alcohol. The evidence given by the state's witnesses tended fully to make out the charge in all of its essentials and elements. That for the defendant-tended otherwise. This conflict made a jury question, and the jury were justified under the evidence in returning their verdict. The exceptions reserved pending the trial are so manifestly without merit they need no discussion. Judgment of conviction is affirmed. Affirmed.

(112 So. 922)

Mrs. O. A. HARALSON v. I. D. VAUGHN et al. (7 Div. 275.) Court of Appeals of Alabama. April 5, 1927.

H. T. Bailey, Judge.

Baker & Baker, of Ft. Payne, for appellant.

Chas. J. Scott and John B. Isbell, both of Ft. Payne, for appellees.